THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE RENSING, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted April 2, 1945; decided April 12, 1945.

*Nathaniel L. Goldstein, Attorney-General (George A. Radz* of counsel), for motion to dismiss and in opposition to cross motion.

*Lawrence Rensing* in opposition to motion to dismiss and for cross motion.

Motion to dismiss denied, with leave to renew upon the argument of the appeal.

Motion for leave to prosecute the appeal as a poor person granted.